UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN EDWARD MAZZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, *etc.,; et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C-14-0640 EMC (pr)<br><br><br>**ORDER OF TRANSFER** |

　　　Plaintiff, an inmate at the California State Prison - Solano in Vacaville, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison, which is located in Solano County. Solano County is located within the venue of the Eastern District of California. Defendants also apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

　　　IT IS SO ORDERED.

Dated: April 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge